**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**ANOCHA KRISUTA** **PLAINTIFF**

**v.** **CIVIL ACTION NO.: 4:26-cv-241-SA-JMV**

**CJR RESTAURANT LLC – RIVALS**
**d/b/a Rivals, and**
**ROYS GROCERY & RESTAURANT LLC**
**d/b/a Roy Store** **DEFENDANTS**

# ORDER DIRECTING THE CLERK TO ISSUE PROCESS AND FOR THE MARSHAL TO SERVE

This matter is before the Court upon *pro se*, *in forma pauperis* ("IFP") Plaintiff Anocha Krisuta's response [Doc. 5] to the Court's Order Granting Leave to Proceed IFP and Withholding Service [Doc. 4]. Finding that Plaintiff has provided addresses for each Defendant in accordance with the Court's Order, the Clerk is directed to issue process, and the U.S. Marshal is directed to serve process.

**THEREFORE, IT IS ORDERED THAT:**

1. The Clerk shall issue process for the Defendants named and whose addresses were provided in Plaintiff's October 28 response [Doc. 5]:

   **CJR Restaurant LLC – Rivals**
   **c/o Chasity Jones Roberson**
   **2309 Highway 1 South**
   **Greenville, MS 38701**

   **Roys Grocery & Restaurant LLC**
   **c/o Ricky Jones, Sr.**
   **7 Roy's Store Rd.**
   **Chatham, MS 38731**

2. The U.S. Marshal shall serve process, including a summons and copy of the First Amended Complaint [Doc. 7], on these Defendants as directed in the summons in accordance with 28 U.S.C. § 1915.

**SO ORDERED**, this, the 2nd day of November, 2026.

/s/ Jane M. Virden

**UNITED STATES MAGISTRATE JUDGE**